MAY *v.* AYCOCK MORTGAGE AND BOND CORPORATION.

ATKINSON, Justice. The judge did not err in dismissing the action on general demurrer. *Judgment affirmed. All the Justices concur.*

No. 10844. MARCH 24, 1936.

*Linton S. James* and *Clifford M. James,* for plaintiff.
*George B. Rush,* for defendant.